No. 135. UNITED STATES CAN Co. *v.* RYAN. October 13, 1930. Petition for writ of certiorari to the Circuit

Court of Appeals for the Eighth Circuit denied. *Mr. Wayne Ely* for petitioner. *Mr. David W. Hill* for respondent.